IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOSSEIN ALIDJANI, and LAILA RAJABI,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br>    **Defendant.** | CIVIL ACTION<br><br><br><br>NO. 16-6436 |

## O R D E R

**AND NOW**, this 24th day of January, 2017, upon consideration of Defendant State Farm Fire and Casualty Company's Motion to Dismiss Count II of Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(6) (Document No. 4, filed Dec. 22, 2016) and Plaintiffs' Response in Opposition to Defendant State Farm Fire and Casualty Company's Motion to Dismiss Count II of Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(6) (Document No. 5, filed January 10, 2017), for the reasons set forth in the accompanying Memorandum dated January 24, 2017, **IT IS ORDERED** that defendant's Motion to Dismiss Count II of Plaintiff's Complaint is **GRANTED**. Count II of plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE** to plaintiffs' right to file an amended complaint within twenty (20) days of the entry of this Order if warranted by the facts and applicable law.

                  BY THE COURT:

                  /s/ Hon. Jan E. DuBois
                  _____
                    DuBOIS, JAN E., J.